IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID BUCIO-MARTINEZ, § | | |
| Movant, § | | |
| § | 3:17-cv-2882-D | |
| v. § | 3:16-cr-0468-D (01) | |
| § | | |
| UNITED STATES OF AMERICA, § | | |
| Respondent. § | | |

### ORDER

During the pendency of Movant's direct appeal, he filed a 28 U.S.C. § 2255 motion seeking post-conviction relief. *See* Dkt. No. 2. Because Movant's direct appeal was still pending, it was recommended that the Section 2255 motion be dismissed without prejudice. *See* Dkt. No. 3. Before the Court adopted that recommendation, however, Movant's direct appeal was dismissed as frivolous. *See United States v. Bucio-Martinez*, No. 16-11749 (5th Cir. Oct. 24, 2017). The Court therefore VACATES the findings, conclusions and recommendation entered on October 23, 2017.

Signed this 28th day of November, 2017.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE